UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:21-00709 JLS (ADS)        Date: January 5, 2022

Title: *Ceja v. Santa Ana Orange County California, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

Plaintiff David R. Ceja filed a *pro se* First Amended Complaint pursuant to 42 U.S.C. § 1983. (Dkt. No. 10.) The Court issued an order dismissing the First Amended Complaint with leave to amend, which required a response from Plaintiff by no later than November 29, 2021. (Dkt. No. 11.) As of the date of this order, Plaintiff has failed to file a response.

Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and obey court orders. Plaintiff may alternatively respond to this order by (a) filing a first amended complaint; (b) filing a notice of voluntarily dismissal; or (c) filing a statement with the Court indicating the desire to move forward with the First Amended Complaint despite the weaknesses noted by the Court in its prior order. **Plaintiff must file a written response by no later than January 26, 2022.**

**Plaintiff is expressly warned that failure to timely file a response to this order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh