UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIVAS CEJA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SANTA ANA ORANGE COUNTY CALIFORNIA, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:21-00709 FWS (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff David R. Ceja's First Amended Complaint, (Dkt. No. 10), the Order Dismissing First Amended Complaint with Leave to Amend, (Dkt. No. 11), Plaintiff's notice of election, (Dkt. No. 13), and the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 16).  No objections have been filed, and the time to do so has passed.  Accordingly, the Court accepts the findings and recommendations of the Magistrate Judge.

　　　　Accordingly, the Court orders as follows:

　　　　1.　　The Report and Recommendation is accepted, (Dkt. No. 16);

2. This action is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

IT IS SO ORDERED.

Dated: May 26, 2022

_____
THE HONORABLE FRED W. SLAUGHTER
United States District Judge