# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIVAS CEJA, | Case No. 8:21-00709 FWS (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SANTA ANA ORANGE COUNTY CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court hereby dismisses the above-captioned case with prejudice.

DATED: May 26, 2022

_____
THE HONORABLE FRED W. SLAUGHTER
United States District Judge